JOHN BAKER, JR., ET AL. *v.* SUN REFINING
AND MARKETING COMPANY
(5945)

SPALLONE, BIELUCH and O'CONNELL, Js.

Argued March 17—decision released March 29, 1988

*Joy Kony Peshkin,* with whom was *Lisa M. Lopez,* for the appellants (plaintiffs).

*Dominic Fulco III,* with whom, on the brief, was *Alan Robert Baker,* for the appellee (defendant).

PER CURIAM. There is no error.